**Order entered August 29, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00620-CV

## IN THE INTEREST OF T.H.M. AND C.A.M., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-53138-2012**

## ORDER

We **DENY** Collin County District Clerk's August 27, 2014 motion to stay this appeal

pending her procurement of payment of the clerk's record fee from appellant.


/s/  ADA BROWN
    JUSTICE